UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

**Order Filed on March 6, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:    DONZELLA MEARS

                          Debtor

Case No. 17-34451 (ABA)

Judge:  Andrew B. Altenburg, Jr.

**CONSENT ORDER**
**RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 6, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:       DONZELLA MEARS

Case No.     17-34451 (ABA)

**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

---

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 17-34451 (ABA) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for Chapter 13 bankruptcy protection for a period of 180 days from the date of dismissal of Debtor's case.


/s/ Gabrielle Nonnenberg-Reid           3/1/2018

Law Offices of Seymour Wasserstrum      Date

Debtor's Attorney


/s/ Isabel C. Balboa                3/5/2018

Isabel C. Balboa                   Date

Chapter 13 Standing Trustee

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-34451-ABA
Donzella Mears                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Mar 06, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
db            +Donzella Mears,    48 Coachlight Drive,    Sicklerville, NJ 08081-5606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
          George C. Greatrex, Jr.    on behalf of Creditor    Wilton's Corner Proprietary Association
           ggreatrex@sgglawfirm.com,  kmuchler@verizon.net
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST bkyefile@rasflaw.com
          Michael R. DuPont    on behalf of Creditor    Members 1st of NJ Federal Credit Union
           dupont@redbanklaw.com,  dana@redbanklaw.com
          Rebecca Ann Solarz    on behalf of Creditor    LSF9 Master Participation Trust
           rsolarz@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Donzella  Mears mylawyer7@aol.com,  ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 8