| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Ave.<br>Vineland, NJ 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s)<br><br>In Re:<br><br>Donzella M. Mears | Order Filed on October 2, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:   17-34451<br>Chapter:    13<br>Adv. No.:   N/A<br>Hearing Date: 10/2/18 @ 10:00 a.m.<br>Judge:      ABA |

### ORDER TO APPROVE APPLICATION TO PARTICIPATE IN U.S.B.C. LOSS MITIGATION PROGRAM OUTSIDE OF THE PRESCRIBED TIME

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors:** Donzella M. Mears
**Case No:** 17-34451/ABA
**Caption of Order:** Order to Approve Application to Participate in U.S.B.C. Loss Mitigation Program Outside of the Prescribed Time

---

Upon consideration of Donzella M. Mears's application for an Order to Participate in U.S.B.C. Loss Mitigation Program Outside of the Prescribed Time, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is herby permitted to apply to the U.S.B.C. loss mitigation program outside of the prescribed time period for the property commonly known as 48 Coachlight Drive, Sicklerville, NJ 08081.

**IT IS FURTHER ORDERED** that within ten (10) days of the date of this Order debtor's attorney shall file Notice of Request to Enter into Loss Mitigation.