UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Seymour Wasserstrum
LAW OFFICES OF SEYMOUR WASSERSTRUM
205 W. Landis Ave.
Vineland, NJ 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

  Donzella M. Mears

Order Filed on October 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    17-34451

Chapter:    13

Adv. No.:    N/A

Hearing Date:  10/2/18 @ 10:00 a.m.

Judge:    ABA

**ORDER TO APPROVE APPLICATION TO PARTICIPATE IN U.S.B.C. LOSS MITIGATION PROGRAM OUTSIDE OF THE PRESCRIBED TIME**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
**Debtors:** Donzella M. Mears
**Case No:** 17-34451/ABA
**Caption of Order:** Order to Approve Application to Participate in U.S.B.C. Loss Mitigation Program Outside of the Prescribed Time

---

Upon consideration of Donzella M. Mears's application for an Order to Participate in U.S.B.C. Loss Mitigation Program Outside of the Prescribed Time, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is herby permitted to apply to the U.S.B.C. loss mitigation program outside of the prescribed time period for the property commonly known as 48 Coachlight Drive, Sicklerville, NJ 08081.

**IT IS FURTHER ORDERED** that within ten (10) days of the date of this Order debtor's attorney shall file Notice of Request to Enter into Loss Mitigation.

United States Bankruptcy Court
District of New Jersey

In re:  
Donzella Mears  
      Debtor

Case No. 17-34451-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 03, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.  
db            +Donzella Mears,   48 Coachlight Drive,   Sicklerville, NJ 08081-5606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    LSF9 Master Participation Trust
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       George C. Greatrex, Jr.    on behalf of Creditor    Wilton's Corner Proprietary Association
         ggreatrex@sgglawfirm.com, kmuchler@verizon.net  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com  
       Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
         PARTICIPATION TRUST bkyefile@rasflaw.com  
       Michael R. DuPont    on behalf of Creditor    Members 1st of NJ Federal Credit Union
         dupont@redbanklaw.com, dana@redbanklaw.com  
       Rebecca Ann Solarz    on behalf of Creditor    LSF9 Master Participation Trust
         rsolarz@kmllawgroup.com  
       Seymour Wasserstrum    on behalf of Debtor Donzella Mears mylawyer7@aol.com, ecf@seymourlaw.net  
       Sindi Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
         PARTICIPATION TRUST smncina@rascrane.com  
       Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
         PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

           TOTAL: 11