**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 1 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 1 | Lien Avoidance |

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                    Case No.:        17-34451

Donzella Mears                                          Judge:              ABA

                    Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date: December 27, 2018

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

---

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/ SW        Initial Debtor: /s/ DM        Initial Co-Debtor: /s/

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____415.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____January 1, 2019_____ for approximately _____48_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

   ☒    Future earnings

   ☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

   ☐  Sale of real property
   Description:
   Proposed date for completion: _____

   ☐  Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☒  Loan modification with respect to mortgage encumbering property:
   Description: 48 Coachlight Drive Sicklerville, NJ 08081
   Proposed date for completion: June 2018_____

d.  ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,960.00+300.00 |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Service | Taxes | Notice Only |
| State of New Jersey | Taxes | Notice Only |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Peritus Portfolio Services | 2009 Nissan Murano | $6,488.00 | $4,625.00 | none | $6,488.00 | 5% | $7,346.40 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Reverse Mortgage Solutions | 2673 Main Rd Franklinville, NJ 08322 | $165,784.00 | $0.00 |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

>The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| --- | --- | --- |
| Camden County MUA | 48 Coachlight Dr. | $1,099.81 |
| Wilsons Corner Proprietary Assoc | 48 Coachlight Dr. | $9,540.34 |

## Part 5:    Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ 0.00 to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
| --- | --- | --- | --- |
| | | | |

## Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 7:    Motions  ☒ NONE

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Peritus Portfolio Services | 2009 Nissan Murano | $6488.00 | $4625.00 | $7346.40 | $858.40 |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Priority Claims

3) Secured Claims

4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification  ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: December 27, 2018                    .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To surrender the home located at 2673 Main Road, Franklinville, NJ financed with Reverse Mortgage Solutions under part 4(e). | To surrender the home located at 2673 Main Road, Franklinville, NJ financed with Reverse Mortgage Solutions under part 4(e). |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐  Yes    ☒    No

---

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: December 27, 2018                          /s/ Donzella Mears
                                                 Debtor

Date:                                            /s/
                                                 Joint Debtor

Date: December 27, 2018                          /s/Seymour Wasserstrum
                                                 Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-34451-ABA
Donzella Mears                                                            Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 2        Date Rcvd: Dec 28, 2018
                           Form ID: pdf901         Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2018.
```
db             +Donzella Mears,   48 Coachlight Drive,   Sicklerville, NJ 08081-5606
cr             +Members 1st of NJ Federal Credit Union,   McKenna, DuPont, Higgins & Stone,   PO Box 610,
                229 Broad Street,   Red Bank, NJ 07701-2009
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,   Stern & Eisenberg, PC,
                1040 N. Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925
cr             +Wilton's Corner Proprietary Association,   60 Meetinghouse Circle,
                Sicklerville, NJ 08081-4894
517860263      +BANK OF AMERICA, N.A.,   Reverse Mortgage Solutions, Inc.,   14405 Walters Road,   Suite 200,
                Houston TX 77014-1345
517831598      +Bank of America, N.A,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave., Suite 100,
                Boca Raton, FL 33487-2853
517212274      +Caliber Home Loans,   PO Box 619063,   Dallas, TX 75261-9063
517323425      +Camden County MUA,   1645 Ferry Avenue,   Camden, NJ 08104-1311
517212276      +Financial Recoveries,   200 E Park Drive Ste 100,   Mount Laurel, NJ 08054-1297
517212282      +KML Law Group, PC,   216 Haddon Ave, Ste 406,   Collingswood, NJ 08108-2812
517212283      +Members 1st Of NJ,   37 W. Landis Ave,   Vineland, NJ 08360-8122
517212285       Office of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                Trenton, NJ 08625-0112
517212286      +Regional Sewer Service,   PO Box 1105,   Bellmawr, NJ 08099-5105
517212288      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State Of New Jersey,   P.O. Box 245,
                Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
517212287      +Shivers, Gosnay, & Greatrex Llc,   1415 Rt 70,   C/O Willow Ridge Homeowners Association,
                Cherry Hill, NJ 08034-2210
517212290      +State of New Jersey,   Dept of Human Services,   PO Box 700,   Trenton, NJ 08625-0700
517212289      +State of New Jersey,   PO Box 700,   Dept of Human Services,   Trenton, NJ 08625-0700
517212291       Wilton's Corner Proprietary Association,   JB Management Service,   Phoenix, AZ 85082
517235672      +Wilton's Corner Proprietary Association,   c/o George C. Greatrex, Jr., Esquire,
                Shivers, Gosnay & Greatrex, LLC,   1415 Route 70 East, Suite 309,   Cherry Hill, NJ 08034-2210


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 29 2018 00:27:08    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 29 2018 00:27:04    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517328030       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 29 2018 00:32:13
                Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
517267627      +E-mail/Text: bnc@atlasacq.com Dec 29 2018 00:26:05    Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
517212275      +E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2018 00:31:35    Care Credit,   PO Box 981439,
                El Paso, TX 79998-1439
517212277       E-mail/Text: bnc-bluestem@quantum3group.com Dec 29 2018 00:27:57    Fingerhut,   Po Box 166,
                Newark, NJ 07101-0166
517212279       E-mail/Text: cio.bncmail@irs.gov Dec 29 2018 00:26:17     IRS,   PO Box 725,
                Special Procedures Function,   Springfield, NJ 7081
517212281       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 29 2018 00:27:31    Jefferson Capital,
                16 McLeland Rd,   Saint Cloud, NJ 56303
517217288       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 29 2018 00:27:31    Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
517329958       E-mail/Text: laura@redbanklaw.com Dec 29 2018 00:26:03
                Members 1st of NJ Federal Credit Union,   C/O McKenna, DuPont, Higgins & Stone, PC,
                PO Box 610,   Red Bank, NJ 07701-0610
517212284      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 29 2018 00:27:03    Midland Funding,
                8875 Aero Dr, Ste 200,   San Diego, CA 92123-2255
517330730      +E-mail/Text: peritus@ebn.phinsolutions.com Dec 29 2018 00:28:25
                Peritus Portfolio Services II, LLC,   P.O. Box 141419,   Irving, TX 75014-1419
517213848      +E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2018 00:31:36    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517329330      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 29 2018 00:28:29
                U.S. Bank Trust, N.A., as Trustee for LSF9 Master,   c/o Caliber Home Loans,
                13801 Wireless Way,   Oklahoma City OK 73134-2500
                                                                              TOTAL: 14


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517212273       C & S Auto Enterprises, INC,   101 Crescent BLVD,   NJ 08303
```

```
District/off: 0312-1           User: admin           Page 2 of 2           Date Rcvd: Dec 28, 2018
                               Form ID: pdf901       Total Noticed: 33

cr*           +Bank of America, N.A,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave., Suite 100,
               Boca Raton, FL 33487-2853
517212278*     IRS,   PO Box 744,   Springfield, NJ 07081-0744
517212280*    +Irs,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                               TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   LSF9 Master Participation Trust
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          George C. Greatrex, Jr.   on behalf of Creditor    Wilton's Corner Proprietary Association
           ggreatrex@sgglawfirm.com,   kmuchler@verizon.net
          Harold N. Kaplan   on behalf of Creditor   Bank of America, N.A hkaplan@rasnj.com,
           informationathnk@aol.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin M. Buttery   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST bkyefile@rasflaw.com
          Michael R. DuPont   on behalf of Creditor    Members 1st of NJ Federal Credit Union
           dupont@redbanklaw.com,   dana@redbanklaw.com
          Rebecca Ann Solarz   on behalf of Creditor    LSF9 Master Participation Trust
           rsolarz@kmllawgroup.com
          Seymour  Wasserstrum   on behalf of Debtor Donzella  Mears mylawyer7@aol.com,   ecf@seymourlaw.net
          Sindi  Mncina   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST smncina@rascrane.com
          Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 12
```