Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–34451–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Donzella Mears
48 Coachlight Drive
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–9041

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            April 16, 2019
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*65* – Certification in Opposition to (related document:64 Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST. Objection deadline is 03/25/2019. (Attachments: # 1 Exhibit Filed Order # 2 Exhibit NOD # 3 Certification # 4 Proposed Order # 5 Certificate of Service) filed by Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST) filed by Seymour Wasserstrum on behalf of Donzella Mears. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: March 26, 2019
JAN: lgr

Jeanne Naughton
Clerk