Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  17−34451−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donzella Mears
   48 Coachlight Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−9041

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            April 16, 2019
Time:           10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*65* − Certification in Opposition to (related document:64 Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST. Objection deadline is 03/25/2019. (Attachments: # 1 Exhibit Filed Order # 2 Exhibit NOD # 3 Certification # 4 Proposed Order # 5 Certificate of Service) filed by Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST) filed by Seymour Wasserstrum on behalf of Donzella Mears. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.


Dated: March 26, 2019
JAN: lgr

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Donzella Mears  
       Debtor

Case No. 17-34451-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 26, 2019  
                          Form ID: 173     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.  
db          +Donzella Mears,    48 Coachlight Drive,    Sicklerville, NJ 08081-5606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        George C. Greatrex, Jr.    on behalf of Creditor    Wilton's Corner Proprietary Association ggreatrex@sgglawfirm.com, kmuchler@verizon.net  
        Harold N. Kaplan    on behalf of Creditor    Bank of America, N.A hkaplan@rasnj.com, informationathnk@aol.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bkyefile@rasflaw.com  
        Michael R. DuPont    on behalf of Creditor    Members 1st of NJ Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
        Rebecca Ann Solarz    on behalf of Creditor    LSF9 Master Participation Trust rsolarz@kmllawgroup.com  
        Seymour Wasserstrum    on behalf of Debtor Donzella Mears mylawyer7@aol.com, ecf@seymourlaw.net  
        Sindi Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@rascrane.com  
        Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                    TOTAL: 12