1040 N. Kɪɴɢs Hɪɢʜᴡᴀʏ, Sᴜɪᴛᴇ 407
Cʜᴇʀʀʏ Hɪʟʟ, NJ 08034
Tᴇʟᴇᴘʜᴏɴᴇ: (609) 397-9200
Fᴀᴄsɪᴍɪʟᴇ: (856) 667-1456



Order Filed on April 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN DIVISION)

| In Re: | Case No.: 17-34451-ABA |
|---|---|
| Donzella Mears and Donzella M Mears | Chapter: 13 |
| Debtor(s) | Judge: Andrew B. Altenburg, Jr. |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 16, 2019

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(page 2)
Debtor: Donzella Mears and Donzella M Mears

Case Number: 17-34451-ABA

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

  Upon the Certification of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

  ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

  ☑ Real Property more fully described as:

48 Coachlight Drive, Sicklerville, NJ 08081 -- the "Property".

  ☐ Personal Property more fully described as:

  It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

  The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Donzella Mears  
      Debtor

Case No. 17-34451-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 16, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.  
db          +Donzella Mears,    48 Coachlight Drive,    Sicklerville, NJ 08081-5606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    LSF9 Master Participation Trust  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        George C. Greatrex, Jr.    on behalf of Creditor    Wilton's Corner Proprietary Association  
         ggreatrex@sgglawfirm.com, kmuchler@verizon.net  
        Harold N. Kaplan    on behalf of Creditor    Bank of America, N.A hkaplan@rasnj.com,  
         informationathnk@aol.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
         summarymail@standingtrustee.com  
        Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
         PARTICIPATION TRUST bkyefile@rasflaw.com  
        Michael R. DuPont    on behalf of Creditor    Members 1st of NJ Federal Credit Union  
         dupont@redbanklaw.com, dana@redbanklaw.com  
        Rebecca Ann Solarz    on behalf of Creditor    LSF9 Master Participation Trust  
         rsolarz@kmllawgroup.com  
        Seymour Wasserstrum    on behalf of Debtor Donzella Mears mylawyer7@aol.com, ecf@seymourlaw.net  
        Sindi Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
         PARTICIPATION TRUST smncina@rascrane.com  
        Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
         PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                     TOTAL: 12