Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–34451–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Donzella Mears
48 Coachlight Drive
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–9041

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 14, 2018.

On 6/10/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:          July 10, 2019
Time:          10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 11, 2019
JAN: lgr

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                        Case No. 17-34451-ABA
Donzella Mears                                                Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Jun 11, 2019
                              Form ID: 185             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
db            +Donzella Mears,    48 Coachlight Drive,    Sicklerville, NJ 08081-5606
cr            +Members 1st of NJ Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
               229 Broad Street,    Red Bank, NJ 07701-2009
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Stern & Eisenberg, PC,
               1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
cr            +Wilton's Corner Proprietary Association,    60 Meetinghouse Circle,
               Sicklerville, NJ 08081-4894
517860263     +BANK OF AMERICA, N.A.,    Reverse Mortgage Solutions, Inc.,    14405 Walters Road,    Suite 200,
               Houston TX 77014-1345
517831598     +Bank of America, N.A,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
               Boca Raton, FL 33487-2853
517212274     +Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
517323425     +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
517212276     +Financial Recoveries,    200 E Park Drive Ste 100,    Mount Laurel, NJ 08054-1297
517212282     +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517212283     +Members 1st Of NJ,    37 W. Landis Ave,    Vineland, NJ 08360-8122
517212285      Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
               Trenton, NJ 08625-0112
517212286     +Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
517212288    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:   State Of New Jersey,    P.O. Box 245,
               Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517212287     +Shivers, Gosnay, & Greatrex Llc,    1415 Rt 70,    C/O Willow Ridge Homeowners Association,
               Cherry Hill, NJ 08034-2210
517212290     +State of New Jersey,    Dept of Human Services,    PO Box 700,    Trenton, NJ 08625-0700
517212289     +State of New Jersey,    PO Box 700,    Dept of Human Services,    Trenton, NJ 08625-0700
517212291      Wilton's Conrer Proprietary Association,    JB Management Service,    Phoenix, AZ 85082
517235672     +Wilton's Corner Proprietary Association,    c/o George C. Greatrex, Jr., Esquire,
               Shivers, Gosnay & Greatrex, LLC,    1415 Route 70 East, Suite 309,    Cherry Hill, NJ 08034-2210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 23:39:49     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 23:39:45     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517328030      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2019 23:46:10
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
               Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517267627     +E-mail/Text: bnc@atlasacq.com Jun 11 2019 23:38:50     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
517212275     +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:47:18     Care Credit,    PO Box 981439,
               El Paso, TX 79998-1439
517212277      E-mail/Text: bnc-bluestem@quantum3group.com Jun 11 2019 23:40:16     Fingerhut,    Po Box 166,
               Newark, NJ 07101-0166
517212279      E-mail/Text: cio.bncmail@irs.gov Jun 11 2019 23:39:10     IRS,    PO Box 725,
               Special Procedures Function,    Springfield, NJ 7081
517212281      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 11 2019 23:40:01     Jefferson Capital,
               16 McLeland Rd,    Saint Cloud, MN 56303
517217288      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 11 2019 23:40:01     Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
517329958      E-mail/Text: laura@redbanklaw.com Jun 11 2019 23:38:48
               Members 1st of NJ Federal Credit Union,    C/O McKenna, DuPont, Higgins & Stone, PC,
               PO Box 610,    Red Bank, NJ 07701-0610
517212284     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 11 2019 23:39:44     Midland Funding,
               8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
517330730     +E-mail/Text: peritus@ebn.phinsolutions.com Jun 11 2019 23:40:35
               Peritus Portfolio Services II, LLC,    P.O. Box 141419,    Irving, TX 75014-1419
517213848     +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:46:33     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517329330     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 11 2019 23:40:38
               U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o Caliber Home Loans,
               13801 Wireless Way,    Oklahoma City OK 73134-2500
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517212273      C & S Auto Enterprises, INC,    101 Crescent BLVD,    NJ 08303
```

```
District/off: 0312-1          User: admin              Page 2 of 2                   Date Rcvd: Jun 11, 2019
                              Form ID: 185             Total Noticed: 33

cr*            +Bank of America, N.A,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
517212278*      IRS,   PO Box 744,   Springfield, NJ 07081-0744
517212280*     +Irs,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                           TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    LSF9 Master Participation Trust
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              George C. Greatrex, Jr.    on behalf of Creditor    Wilton's Corner Proprietary Association
               ggreatrex@sgglawfirm.com, kmuchler@verizon.net
              Harold N. Kaplan    on behalf of Creditor    Bank of America, N.A hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST bkyefile@rasflaw.com
              Michael R. DuPont    on behalf of Creditor    Members 1st of NJ Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    LSF9 Master Participation Trust
               rsolarz@kmllawgroup.com
              Seymour Wasserstrum    on behalf of Debtor Donzella  Mears mylawyer7@aol.com, ecf@seymourlaw.net
              Sindi Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 12
```