| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on December 19, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>    Donzella Mears | Case No.:    17-34451<br>Chapter:    13<br>Hearing Date:  N/A<br>Judge:    ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 19, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Donzella Mears
Case No.: 17-34451/ABA
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:**

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.