|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) |
| In Re:<br><br>   Donzella Mears |

Order Filed on December 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-34451

Chapter: 13

Hearing Date: N/A

Judge: ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 19, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Donzella Mears

Case No.: 17-34451/ABA

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:**

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Donzella Mears  
        Debtor

Case No. 17-34451-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Dec 19, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.  
db            +Donzella Mears,    48 Coachlight Drive,    Sicklerville, NJ 08081-5606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    LSF9 Master Participation Trust  
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       George C. Greatrex, Jr.    on behalf of Creditor    Wilton's Corner Proprietary Association  
        ggreatrex@sgglawfirm.com,    Jwebb@hillwallack.com;Ahenderson@hillwallack.com  
       Harold N. Kaplan    on behalf of Creditor    Bank of America, N.A hkaplan@rasnj.com,  
        informationathnk@aol.com  
       Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
        summarymail@standingtrustee.com  
       Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
        PARTICIPATION TRUST bkyefile@rasflaw.com  
       Michael R. DuPont    on behalf of Creditor    Members 1st of NJ Federal Credit Union  
        dupont@redbanklaw.com,    dana@redbanklaw.com  
       Rebecca Ann Solarz    on behalf of Creditor    LSF9 Master Participation Trust  
        rsolarz@kmllawgroup.com  
       Seymour Wasserstrum    on behalf of Debtor Donzella Mears mylawyer7@aol.com,    ecf@seymourlaw.net  
       Sindi Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
        PARTICIPATION TRUST smncina@rascrane.com  
       Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
        PARTICIPATION TRUST skelly@sterneisenberg.com,    bkecf@sterneisenberg.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                 TOTAL: 12