| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Amani S. Abdellah, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: aabdellah@hillwallack.com<br>*Attorneys for Wilton's Corner Proprietary Association, Inc.* |

| In Re: | Case No.: 17-34451 (ABA) |
|---|---|
| Donzella Mears, | Chapter: 13 |
| Debtor. | Judge: Andrew B. Altenburg, Jr., U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilton's Corner Proprietary Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Amani S. Abdellah, Esq.
                            Hill Wallack LLP
                            21 Roszel Road
                            P.O. Box 5226
                            Princeton, NJ 08543

    DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☒ All documents and pleadings of any nature.

DATED: September 23, 2022                            HILL WALLACK LLP

                                                                                 By: */s/ Amani S. Abdellah*
                                                                                 Amani S. Abdellah