Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−34451−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donzella Mears
   48 Coachlight Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−9041

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/15/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 15, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Donzella Mears  
    Debtor

Case No. 17-34451-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Dec 15, 2022      Form ID: 148      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donzella Mears, 48 Coachlight Drive, Sicklerville, NJ 08081-5606 |
| aty | + | Amani S. Abdellah, HILL WALLACK LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| cr | + | Members 1st of NJ Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | Wilton's Corner Proprietary Association, 60 Meetinghouse Circle, Sicklerville, NJ 08081-4894 |
| 517860263 | + | BANK OF AMERICA, N.A., Reverse Mortgage Solutions, Inc., 14405 Walters Road, Suite 200, Houston TX 77014-1345 |
| 517212274 | + | Caliber Home Loans, PO Box 619063, Dallas, TX 75261-9063 |
| 517323425 | + | Camden County MUA, 1645 Ferry Avenue, Camden, NJ 08104-1311 |
| 517212286 | + | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 517212287 | + | Shivers, Gosnay, & Greatrex Llc, 1415 Rt 70, C/O Willow Ridge Homeowners Association, Cherry Hill, NJ 08034-2210 |
| 517212288 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 517212290 | + | State of New Jersey, Dept of Human Services, PO Box 700, Trenton, NJ 08625-0700 |
| 517212289 | + | State of New Jersey, PO Box 700, Dept of Human Services, Trenton, NJ 08625-0700 |
| 517212291 | | Wilton's Conrer Proprietary Association, JB Management Service, Phoenix, AZ 85082 |
| 517235672 | + | Wilton's Corner Proprietary Association, c/o George C. Greatrex, Jr., Esquire, Shivers, Gosnay & Greatrex, LLC, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2022 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2022 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517267627 | | EDI: ATLASACQU | Dec 16 2022 01:58:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 517328030 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 21:07:26 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517831598 | + | Email/Text: RASEBN@raslg.com | Dec 15 2022 21:04:00 | Bank of America, N.A, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 517212275 | + | EDI: RMSC.COM | Dec 16 2022 01:58:00 | Care Credit, PO Box 981439, El Paso, TX 79998-1439 |
| 517212276 | ^ | MEBN | Dec 15 2022 21:01:15 | Financial Recoveries, 200 E Park Drive Ste 100, Mount Laurel, NJ 08054-1297 |

Case 17-34451-ABA    Doc 112    Filed 12/17/22    Entered 12/18/22 00:16:03    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 148 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517212277 | | EDI: BLUESTEM<br>Dec 16 2022 01:58:00 | | Fingerhut, Po Box 166, Newark, NJ 07101-0166 |
| 517212279 | | EDI: IRS.COM<br>Dec 16 2022 01:58:00 | | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 7081 |
| 517212281 | | EDI: JEFFERSONCAP.COM<br>Dec 16 2022 01:58:00 | | Jefferson Capital, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 517217288 | | EDI: JEFFERSONCAP.COM<br>Dec 16 2022 01:58:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517212283 | | Email/Text: ecrean@membersonenj.org<br>Dec 15 2022 21:03:00 | | Members 1st Of NJ, 37 W. Landis Ave, Vineland, NJ 8360 |
| 517329958 | | Email/Text: laura@redbanklaw.com<br>Dec 15 2022 21:03:00 | | Members 1st of NJ Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517212284 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Dec 15 2022 21:04:00 | | Midland Funding, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 517212285 | ^ | MEBN<br>Dec 15 2022 21:00:22 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 517330730 | + | Email/Text: peritus@ebn.phinsolutions.com<br>Dec 15 2022 21:05:00 | | Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 517213848 | + | EDI: RMSC.COM<br>Dec 16 2022 01:58:00 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517329330 | + | Email/Text: ECMBKMail@Caliberhomeloans.com<br>Dec 15 2022 21:05:00 | | U.S. Bank Trust, N.A., as Trustee for LSF9 Master, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 518860525 | | Email/Text: flyersprod.inbound@axisai.com<br>Dec 15 2022 21:04:00 | | UMB BANK, National Association, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518860526 | + | Email/Text: flyersprod.inbound@axisai.com<br>Dec 15 2022 21:04:00 | | UMB BANK, National Association, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, UMB BANK, National Association, c/o Rushmore Loan Management Services 92619-2708 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517212273 | | C & S Auto Enterprises, INC, 101 Crescent BLVD, NJ 08303 |
| cr | *+ | Bank of America, N.A, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 517212278 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 517212280 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517212282 | ##+ | KML Law Group, PC, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 15, 2022 | Form ID: 148 | Total Noticed: 35 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2022              Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

**Name**     **Email Address**

Amani Sahar Abdellah
on behalf of Creditor Wilton's Corner Proprietary Association aabdellah@hillwallack.com

Brian E Caine
on behalf of Creditor UMB BANK  National Association, not in its individual capacity, but solely as Legal Title Trustee of PRL Title Trust I bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
on behalf of Creditor LSF9 Master Participation Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth K. Holdren
on behalf of Creditor Wilton's Corner Proprietary Association eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Harold N. Kaplan
on behalf of Creditor Bank of America  N.A hkaplan@rasnj.com, kimwilson@raslg.com

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin M. Buttery
on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST kbuttery@moodklaw.com

Mark A. Roney
on behalf of Creditor Wilton's Corner Proprietary Association mroney@hillwallack.com kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Michael R. DuPont
on behalf of Creditor Members 1st of NJ Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

Seymour Wasserstrum
on behalf of Debtor Donzella Mears mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Sindi Mncina
on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@raslg.com

Steven P. Kelly
on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14